IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------

Vertol Systems Company, Inc.               )
25-6 N.W. 23rd Place                        )
Portland, Oregon 97210                      )
                                            )
        PLAINTIFF                           )    CASE NUMBER  1:04CV00309
                                            )
        V.                                  )    JUDGE: Ricardo M. Urbina
                                            )
United States of America                    )    DECK TYPE: FOIA/Privacy Act
555 4th Street, N.W.                         )
Washington, D.C. 20001                      )    DATE STAMP: 02/26/2004
                                            )
        and                                 )
                                            )
U.S. Department of the Army                 )
Aviation and Missile Command                )
AMSAM-RA-IM-IS-IL                           )
Freedom of Information Office               )
Building 5300                               )
Sparkman Center                             )
Redstone Arsenal, AL 35898                  )
                                            )
        DEFENDANTS.                         )
------------------------------------

### COMPLAINT

Plaintiff Vertol Systems Company, Inc. brings this action for Declaratory Judgment and other relief requiring Defendant to respond to Plaintiff's request for documents pursuant to the Freedom of Information Act ("FOIA").

### Parties

1.    Plaintiff is a small business government contractor, focusing primarily on aviation services for the United States Government.  Plaintiff is incorporated in the State of Oregon.

2.    Plaintiff complains about the conduct of Defendant, United States of America, who acted by and through the United States Department of the Army, Redstone Arsenal.

## Jurisdiction

3.    This court has original jurisdiction arising under FOIA,
5 U.S.C. §552(a)(3) and §552(a)(4)(B).

4.    This Court has original jurisdiction to review the
federal questions contained herein, arising under the laws of the
United States. See 28 U.S.C. §1331 (1995).    This Court has
original jurisdiction to review the claims contained herein, that
an agency or an officer or employee thereof acted or failed to act
in an official capacity or under color of legal authority. See 5
U.S.C. §702.

5.  This Court may compel a federal agency or officer or
employee thereof to perform a duty owed to the plaintiff. See 28
U.S.C. §1361, 5 U.S.C. §552(a)(4)(B).   Relief may be granted under
the Administrative Procedure Act, 5 U.S.C. §706, FOIA, 5 U.S.C.
§552(a)(4)(B), and the Declaratory Judgment Act, 10 U.S.C. §§2201-
02.

6.    A requester is deemed to have constructively exhausted
its administrative remedies with respect to a FOIA request where
an agency fails to respond to the FOIA request within the
statutory time limits.    Thus, the requester may seek judicial
enforcement of its request.   See 5 U.S.C. §552(a)(6)(C).   See also
Pollack v. Department of Justice, 49 F.3d 115, 118 (4th Cir.
1995), where the court held that a FOIA requester is deemed to
have constructively exhausted administrative remedies, reasoning
that the agency failed to "notify the requester of its decision
whether and how it will comply, its reasons for that decision, and

2

the requester's right to appeal any adverse determination to the
agency head. See 5 U.S.C. §552(a)(6)(A)(i)."   In addition, in
Oglesby v. The United States Department of the Army, 920 F.2d 57,
67 (D.C.Cir. 1990), the court held that a FOIA requester is deemed
to have constructively exhausted administrative remedies when the
agency's letter "did not provide notice of appellant's right to
appeal" and thus the FOIA requester was "free to file suit under 5
U.S.C. §552(a)(6)(c)."   See e.g., Army FOIA Regulation, 32 C.F.R.
518.75(b) ("A requester may seek an order from a United States
District Court to compel release of a record ... when the DoD
Component has failed to respond within the time limits prescribed
by the FOIA and in this Regulation.")

### Standing

7.    Plaintiff has standing to bring this action.  Plaintiff
has "suffer[ed] a legal wrong because of agency action, [and is] .
. . adversely affected [and] . . . aggrieved by agency action with
the meaning of" the federal statutes and regulations in Counts I,
II, and III.  See 5 U.S.C. §702.

### Venue

8.    This Court is the proper venue for this action.  See 5
U.S.C. §552(a)(4)(B); 28 U.S.C. §1391(e);   5 U.S.C. §703.  See
also, Army regulation, 32 C.F.R. 518.76.

### Statement of the Case

9.    Summary:  This action is summarized in this paragraph
and alleged with particularity in the following paragraphs.  This
action is against the United States Army for failing to respond to

3

Plaintiff's FOIA request.

10.   On 17 July 2003, Vertol Systems, Company, Inc., through undersigned counsel, submitted a request under the Freedom of Information Act ("FOIA") via facsimile to Mr. Henry Ocegueda, Director of Information Management, Attn: ATZC-IM, 56 Chaffee Road, Ft. Bliss, TX 79916.  See EX 1 (FOIA request and facsimile transmission receipt).

11.   Ft. Bliss  (Mr. Ocegueda)  received  the  facsimile transmission referenced in the above paragraph no. 10 on 17 July 2003.   See EX 1.   (FOIA request and facsimile transmission receipt).

12.   On 7 June 2003, Ft. Bliss, through June Bates, notified Vertol's counsel that Ft. Bliss referred the aforesaid FOIA request to the U.S. Army Aviation and Missile Command, Redstone Arsenal, Alabama because, according to Ft. Bliss, Redstone is the proponent office for responding to the FOIA request.

13.   The notification referred to in paragraph no. 12 from June Bates was provided in written form and is dated 12 June 2003. See EX 2.   Therein, Ms. Bates states:

> U.S. Army Aviation and Missile Command, R[e]dstone Arsenal, AL 35898 is the proponent office for responding to your request. Therefore, we referred your request to the Freedom of Information Act Office, 256-842-8051 for their action and direct reply to you.

See EX 2.

14.   A month later, on 11 July 2003, Redstone Arsenal, through Judy Tucker, the Freedom of Information/Privacy Act

4

Programs Officer and Team Leader, informed Vertol, through undersigned counsel, that Redstone Arsenal received the FOIA request on July 7, 2003 and that the FOIA request was assigned case number FOIA-03-0443.

15. The notification referred to in paragraph no. 14 was provided in written form and is dated July 11, 2003. Therein, Ms. Tucker states:

> This is to acknowledge receipt of your Freedom of Information Act (FOIA) request, June 17, 2003, received in the FOIA Office July 7, 2003, for a copy of Technical manual on Helicopter Mi-24/25 dated Dec 94 95 volumes plus all changes); Mi-24/25 Operators Manual, Oct 99 (Draft); Mi-17 Helicopter Technical Maintenance Manuals, Mar 96 (Volumes 1 & 2 plus all changes) Mi-17 Operators Manual, Oct 02.
>
> Your request has been assigned our Case Number FOIA-03-0443. Please reference this case number in all correspondence or inquires relating to this request.

See EX 3.

16. On 22 August 2003, Vertol, through undersigned counsel, left a voicemail message for Ms. Tucker requesting a date certain for providing the documents in response to FOIA-03-0443.

17. On 22 August 2003, Vertol faxed Ms. Tucker a memorandum reiterating the earlier voicemail message. See EX 4. Therein, Vertol states:

> As indicated in today's voicemail message to you, please provide a date certain for providing the documents in response to FOIA-03-0443 referenced in the attached letter from you of 11 July 2003 that you sent to this office in response to the FOIA request of 17 June that Ft. Bliss forwarded to you on 7 July

5

>           2003 as indicated in the attached memorandum
>           from Ft. Bliss.  Kindest Regards.

See EX 4 (Vertol's Memorandum of 22 August 2003 and attachments
thereto).

18.  Ms. Tucker did not respond to the telephone call of 22
August 2003 referenced in paragraph no. 16.

19.  Ms. Tucker did not respond to the memorandum referenced
in paragraph 17.

20.  As a consequence of Ms. Tucker's failure to respond as
indicated in paragraph nos. 18 and 19, on 4 September 2003, Vertol
faxed the following memorandum to Ms. Tucker, stating:

>           Ref: FOIA Request No. 03-0443

>           On 22 August 2003 I left a voicemail message
>           requesting that you provide a date certain for
>           supplying the material requested in the
>           referenced FOIA request and followed up with a
>           facsimile memorandum to you that same date.  I
>           have not received a response from your office.
>           I left you another voicemail today requesting
>           that you provide a status update.

>           Please provide the document requested under
>           the referenced FOIA request.

See EX 5.

21.  Redstone Arsenal did not respond to any of the above
mentioned voicemail messages or written communications.

22.  After the above mentioned communications ignored by Ms.
Tucker, the president of Vertol made numerous attempts to contact
her, leaving a multitude of voicemail messages in Ms. Tucker's
voicemail box, requesting a date certain for release of the
documents that Vertol requested under FOIA.

6

23.   Ms. Tucker did not return any of the phone calls.

24.   Vertol's president was able to make contact with Ms. Tucker on three occasions. Each of the three calls were initiated by Vertol's president.

A.   During the first telephone call, Vertol's president told Ms. Tucker that he was inquiring about the status of the FOIA request because it was pending since June 2003. Ms. Tucker stated that she did not know the status and that she would call Vertol's president to respond to his question "as soon as possible."

B.   About two weeks past, and Ms. Tucker still did not call Vertol's president to respond to the question that he posed during the conversation described in paragraph 24(A). As a consequence, Vertol's president initiated another phone call to Ms. Tucker. About three phone calls were made by Vertol's president, and each time she did not answer the telephone. As a result, in each attempt to call her, Vertol's president left her voicemail messages requesting that she call him back and that she provide the update as requested in the conversation described in paragraph 24(A). Ms. Tucker (again) did not return any of Vertol's phone calls.

C.   On about the forth attempt to call Ms. Tucker (about three weeks after the conversation described in paragraph 24(A) above) Vertol's president was finally able to make contact with Ms. Tucker--she actually answered the telephone. During that conversation, Vertol's president reiterated his previous inquiries for a status update. Ms. Tucker stated that she was still trying

7

to find out the status of the FOIA request and (like her previous broken promises) Ms. Tucker stated that she would call Vertol's president with the requested update.

     D.   Ms. Tucker did not call Vertol's president, and again, after patiently waiting for about two weeks without receiving Ms. Tucker's promised phone call, Vertol's president initiated several other telephone calls to Ms. Tucker. However, like so many of the other calls made to Ms. Tucker, she did not answer the telephone and as a result, Vertol's president left Ms. Tucker several voicemail messages.

     E.   Thereafter, during November 2003, Vertol's president was able to make contact with Ms. Tucker during a telephone call initiated (again) by Vertol's president. During said third conversation:

     i.   Vertol's president requested the date for release of the documents that Vertol requested under FOIA. Ms. Tucker stated that she was uncertain as to when the documents would be released; and

     ii.   Ms. Tucker stated that Vertol's FOIA request had been assigned to Gwenda Hall, and told Vertol's president to call Ms. Hall for any information regarding the FOIA request. For this reason, Ms. Tucker provided Vertol's president with Ms. Hall's telephone number.

     F.   Due to the fact that Ms. Tucker instructed Vertol's president to contact Ms. Hall regarding any matters concerning the FOIA request, during November and December 2003 Vertol's president

left at least ten (10) voicemail messages for Ms. Gwenda Hall, seven of which were provided during December 2003. In each of the messages, Vertol's president: (i) inquired about the status of the FOIA request, and (ii) requested that she return his phone calls.

G.   Gwenda Hall did not return any of Vertol's president's phone calls as described in paragraph 24(F).

25.  Ms. Tucker's instruction for Vertol to contact Gwenda Hall, was essentially an instruction for Vertol to "chase a ghost". Unbeknownst to Vertol's president, Ms. Gwenda Hall was out of the office during the period of October through Mid-December 2003.

A.   Vertol first learned of the fact that Ms. Hall was out of the office during the period of October through Mid-December 2003 from Vertol's counsel, based on counsel's conversation with Ms. Tucker on 12 February 2004.[1]

26.  Gwenda Hall is the FOIA Programs Coordinator, who works on the same team as Ms. Tucker. As previously stated, Ms. Tucker is the team leader for responding to FOIA requests.

---

[1] It was during that conversation that counsel for Vertol first learned that Gwenda Hall had been assigned to respond to the FOIA request and that she was out of the office during said period.

9

**COUNTS**
**Count I**
**(Failure to Respond)**

27.   Paragraphs 1 through 26 are incorporated by reference.

28.   Defendant violated 5 U.S.C. §552(a)(6)(A)(i) and the U.S. Department of Army implementing regulation, 32 C.F.R. 518.62, by:  (A) failing to provide Plaintiff the requested documents within the time period permitted under FOIA and Army's Regulation; and (B) failing to provide Plaintiff any of the requisite responses to Plaintiff as to its decision whether and how it will comply with Plaintiff's requests, its reasons for those decisions, and Plaintiff's right to appeal any adverse determinations.

29.   Defendant violated 5 U.S.C. §552(a)(6)(B) and Army implementing regulation 32 C.F.R. 518.63 by failing to notify Plaintiff of a need and basis for additional time (of up to 10 work days) to respond to its FOIA request.

**Count II**
**(Failure to Exercise Due Diligence)**

30.   Paragraphs 1 through 26 are incorporated by reference.

31.   Defendant violated 5 U.S.C. §552(a)(6)(C).  Defendant failed to exercise due diligence in responding to Plaintiff's FOIA request.

**Count III**
**(Failure to Conduct a Reasonable Search)**

32.   Paragraphs 1 through 26 are incorporated by reference.

33.   Defendant violated 5 U.S.C. §552 by failing to conduct a reasonable search for records responsive to Plaintiff's FOIA request.

10

**WHEREFORE**, Plaintiff prays that this Court grant the relief requested below.

### Request For Relief

**Wherefore**, Plaintiff prays that this Court order the following relief:

1.   Issue a declaratory judgment that Defendant violated the above regulations;

2.   Enjoin Defendant from withholding documents properly requested by Plaintiff;

3.   Enter an order compelling Defendant to immediately supply the requested documents;

4.   Enter an order awarding Plaintiff costs of pursuing this action, including attorney's fees and expenses;

AND

5.   Any such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Lawrence J. Sklute
D.C. Bar No. 433811

Sklute & Associates
11921 Rockville Pike
Suite 300
Rockville, MD 20852
(202) 637-1223

Counsel For Plaintiff

Nolan Sklute
Of Counsel

Date Submitted: 26 February 2004

11

E

X

H

I

B

I

T


1

# Sklute & Associates

Suite 300
11921 Rockville Pike
Rockville, Maryland 20852-2743

———— · ———

Telephone
(202) 637-1223
(301) 816-1006

Fax
(202) 637-0598

E-Mail: LSklute@AOL.COM

Ninth Floor
1150 Connecticut Avenue, N.W.
Washington, D.C. 20036
(correspondence to MD office)

Practice Limited To
Federal Government
Contracts

Lawrence J. Sklute, Esq.

Major General Nolan Sklute
USAF Retired

17 June 2003

**VIA FACSIMILE  (915) 568-2067**

Directorate of Information Management
Attn: ATZC-IM
56 Chaffee Road
Ft. Bliss, TX 79916
Telephone: (915) 568-5601

ATTN:        Mr. Henry Ocegueda
             Director of Information Management

Dear Mr. Ocegueda:

        The instant request is being made on behalf of our client, Vertol Systems Company, Inc., the FOIA requester. Pursuant to the Freedom of Information Act (FOIA) 5 U.S.C. § 552, et. seq., within 20 days from the date of this request, please provide the undersigned with the material described below (e.g., documents, memoranda, notes, communications, etc.) regardless of its form (e.g., electronic or written). The documents follow:

1.        The Helicopter Mi-24/25 Technical Maintenance Manual, dated December 1994, which is comprised of at least five (5) volumes.

Mr. Henry Ocegueda
17 June 2003
Page 2 of 2


2.   All changes to item #1, including without limitation the following changes:

| Change # | Date of Changes |
| --- | --- |
| 1 | Jan 95 |
| 2 | Jan 95 |
| 3 | Sep 97 |
| 4 | Feb 00 |
| 5 | Mar 01 |
| 6 | May 01 |

3.   The Helicopter Mi-24/25 Operators Manual, dated Oct 99 (Draft).

4.   Mi-17 Helicopter Technical Maintenance Manuals dated March 1996 (Volumes 1 and 2).

5.   All changes to item #4.

6.   Mi-17 Technical Maintenance Inspection Guide dated July 1999 (draft) inclusive all changes.

7.   Mi-17 Operators Manual dated Oct 02.


Please provide a redacted version of the document(s) if the Government decides that portions should be withheld.  And, if any documents or portions are withheld please provide the following information:

1.   the name and title of the official authorizing such withholding;

2.   a description of the portion withheld;

3.   a statement of the reasons for the refusal of the access; and

4.   a specific citation or statutory authority for the denial.

Vertol Systems Company, Inc. agrees to pay reasonable fees associated with this request. However, if you anticipate costs will exceed $1,500.00, please advise the undersigned before incurring them.  In your response, please refer to the instant FOIA request by including a copy of it with your response.

Sincerely,

Lawrence J. Sklute

# Sklute & Associates

Suite 300
11921 Rockville Pike
Rockville, Maryland 20852-2743

---

Telephone
(202) 637-1223
(301) 816-1006

Fax
(202) 637-0598

E-Mail: LSklute@AOL.COM

Ninth Floor
1150 Connecticut Avenue, N.W.
Washington, D.C. 20036
(correspondence to MD office)

Practice Limited To
Federal Government
Contracts

Lawrence J. Sklute, Esq.

Major General Nolan Sklute
USAF Retired

## Telecopier Coversheet

To:                 Mr. Henry Ocequeda

Company/Agency:     Directorate of Information Management

Telecopier:         (915) 568-2067

From:               Larry Sklute

Date:               June 17, 2003

Total of 2  page(s) plus coversheet.
Comments:

re: FOIA of this date

## Confidentiality Notice:

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

* IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (202) 637-1223

```
        MODE = MEMORY TRANSMISSION           START=JUN-17 15:24    END-JUN-17 15:26

        FILE NO.= 212

    NO.    COM    ABBR/NTWK    STATION NAME/       PAGES    PRG.NO.    PROGRAM NAME
                               TELEPHONE NO.

    001     OK     ⬛          19155682067-129     003/003

                                                          -SKLUTE & ASSOCIATES     -

    *******************************  -2026370598      -  *****  -      2026370598-  **********
```

# Sklute & Associates
### Suite 300
### 11921 Rockville Pike
### Rockville, Maryland 20852-2743

_____

Telephone
(202) 637-1223
(301) 816-1006

Fax
(202) 637-0598

E-Mail: LSklute@AOL.COM

Ninth Floor
1150 Connecticut Avenue, N.W.
Washington, D.C. 20036
(correspondence to MD office)

Lawrence J. Sklute, Esq.

Major General Nolan Sklute
USAF Retired

Practice Limited To
Federal Government
Contracts

### Telecopier Coversheet

To:                     Mr. Henry Ocegueda

Company/Agency:         Directorate of Information Management

Telecopier:             (915) 568-2067

From:                   Larry Sklute

Date:                   June 17, 2003

Total of 2 page(s) plus coversheet.
Comments:

re: FOIA of this date

Confidentiality Notice:

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the same recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

* IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (202) 637-1223

# EXHIBIT

# 2

## Bates, June

| | |
|---|---|
| **From:** | Bates, June |
| **Sent:** | Monday, July 07, 2003 10:36 AM |
| **To:** | 'LSKlute@AOL.COM' |
| **Subject:** | FOIA Request |

Dear Mr. Sklute

U.S. Army Aviation and Missile Command, Rdstone Arsenal, AL  35898 is the proponent office for responding to your request.
Therefore, we referred your request to the Freedom of Information Act Office, 256-842-8061 for their action and direct reply to you.

June Bates
FOIA Manager

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL**     8 July 03   # of pages ►

To  Mr. Sklute              From  June Bates
Dept./Agency                Phone # 915 568-7351
Fax # 202 637 0598     Fax #
NSN 7540-01-317-7368    5099-101     GENERAL SERVICES ADMINISTRATION

EXHIBIT

3

# US ARMY GARRISON – REDSTONE
## OFFICE OF THE DOIM
### INTEGRATION SERVICES DIVISION
#### INSTALLATION LIAISON BRANCH

## FREEDOM OF INFORMATION (FOIA)/PRIVACY ACT (PA)
## PROGRAMS OFFICE
## REDSTONE ARSENAL, AL 35898

**DATE:** ___July 11, 2003_____

**FROM:**   Judy R. Tucker
**Phone:**  256-842-8051
**Fax:**    256-876-2057
**E-mail:** judy.tucker@redstone.army.mil

**TO:**   **Ms. Lawrence J. Sklute**
          **Sklute and Associates**

**FAX:**   **202-637-0598**


   This is to acknowledge receipt of your Freedom of Information Act (FOIA) request, June 17, 2003, received in the FOIA Office July 7, 2003, for a copy of Technical Manual on Helicopter Mi-24/25 dated Dec 94 (5 volumes plus all changes); Mi-24/25 Operators Manual, Oct 99 (Draft); Mi-17 Helicopter Technical Maintenance Manuals, Mar 96 (Volumes 1 & 2 plus all changes) Mi-17 Operators Manual, Oct 02.

   Your request has been assigned our Case Number **FOIA-03-0443.** Please reference this case number in all correspondence or inquiries relating to this request.

Thank you,


## JUDY R. TUCKER
## Freedom of Information/Privacy Act
### Programs Officer
### (FOIA/PA)

E
X
H
I
B
I
T

4

# Sklute & Associates
Suite 300
11921 Rockville Pike
Rockville, Maryland 20852-2743

Telephone
(202) 637-1223
(301) 816-1006

Fax
(202) 637-0598

E-Mail: LSklute@AOL.COM

Ninth Floor
1150 Connecticut Avenue, N.W.
Washington, D.C. 20036
(correspondence to MD office)

Practice Limited To
Federal Government
Contracts

Lawrence J. Sklute, Esq.

Major General Nolan Sklute
USAF Retired

## Telecopier Coversheet

To:                     <u>Mrs. Judy Tucker</u>

Company/Agency:         <u>Army</u>

Telecopier:             <u>(256) 876-2057</u>

From:                   <u>Larry Sklute</u>

Date:                   <u>August 22, 2003</u>

Total of <u>2</u> page(s) plus coversheet.
Comments:

As indicated in today's voicemail message to you, please provide a date certain for providing the documents in response to FOIA-03-0443 referenced in the attached letter from you of 11 July 2003 that you sent to this office in response to the FOIA request of 17 June that Ft. Bliss forwarded to you on 7 July 2003 as indicated in the attached memorandum from Ft. Bliss. Kindest Regards.

Confidentiality Notice:

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

* IF YOU DO NOT RECEIVE <u>ALL</u> PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (202) 637-1223

## US ARMY GARRISON – REDSTONE
## OFFICE OF THE DOIM
### INTEGRATION SERVICES DIVISION
#### INSTALLATION LIAISON BRANCH

## FREEDOM OF INFORMATION (FOIA)/PRIVACY ACT (PA)
## PROGRAMS OFFICE
## REDSTONE ARSENAL, AL  35898

**DATE:** ___July 11, 2003_____

**FROM:**   Judy R. Tucker
**Phone:**  256-842-8051
**Fax:**    256-876-2057
**E-mail:** judy.tucker@redstone.army.mil

**TO:**     **Ms. Lawrence J. Sklute**
            **Sklute and Associates**

**FAX:**    **202-637-0598**


   This is to acknowledge receipt of your Freedom of Information Act (FOIA) request, June 17, 2003, received in the FOIA Office July 7, 2003, for a copy of Technical Manual on Helicopter Mi-24/25 dated Dec 94 (5 volumes plus all changes); Mi-24/25 Operators Manual, Oct 99 (Draft); Mi-17 Helicopter Technical Maintenance Manuals, Mar 96 (Volumes 1 & 2 plus all changes) Mi-17 Operators Manual, Oct 02.

   Your request has been assigned our Case Number **FOIA-03-0443.** Please reference this case number in all correspondence or inquiries relating to this request.

   Thank you,


**JUDY R. TUCKER**
**Freedom of Information/Privacy Act**
 **Programs Officer**
**(FOIA/PA)**

## Bates, June

**From:** Bates, June
**Sent:** Monday, July 07, 2003 10:36 AM
**To:** 'LSKlute@AOL.COM'
**Subject:** FOIA Request

Dear Mr. Sklute

U.S. Army Aviation and Missile Command, Rdstone Arsenal, AL 35898 is the proponent office for responding to your request.
Therefore, we referred your request to the Freedom of Information Act Office, 256-842-8051 for their action and direct reply to you.

June Bates
FOIA Manager

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL**    _8 July 03_    # of pages ▶

To  _Mr Sklute_          From  _June Bates_
Dept./Agency                   Phone # _915 568-7351_

Fax # _202 637 0598_      Fax #

NSN 7540-01-317-7368    5099-101    GENERAL SERVICES ADMINISTRATION

## Sklute & Associates
Suite 300
11921 Rockville Pike
Rockville, Maryland 20852-2743

Telephone
(202) 637-1223
(301) 816-1006

Fax
(202) 637-0598

E-Mail:  LSklute@AOL.COM

Ninth Floor
1150 Connecticut Avenue, N.W.
Washington, D.C. 20036
(correspondence to MD office)

Lawrence J. Sklute, Esq.

Major General Nolan Sklute
USAF Retired

Practice Limited To
Federal Government
Contracts

### Telecopier Coversheet

To:

Company/Agency: **Mrs. Judy Tucker**

Telecopier: Army

From: (256) 876-2057

Date: Larry Sklute

August 22, 2003

Total of 2 page(s) plus coversheet.
Comments:

As indicated in today's voicemail message to you, please provide a date certain for providing the documents in response to FOIA-03-0443 referenced in the attached letter from you of 11 July 2003 that you sent to this office in response to the FOIA request of 17 June that Ft. Bliss forwarded to you on 7 July 2003 as indicated in the attached memorandum from Ft. Bliss. Kindest Regards.

Confidentiality Notice:

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the name recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.

* IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (202) 637-1223

*********** -2026370598- - ***** - 2026373598- ***************************************

-SKLUTE & ASSOCIATES-

| NO. | COM | ABBR/NTWK | STATION NAME/<br>TELEPHONE NO. | PAGES | PRG.NO. | PROGRAM NAME |
|---|---|---|---|---|---|---|
| | | | FILE NO. = 021 | | | |
| 001 | OK | S | 12567862057-129 | 003/003 | | |
| 002 | OK | S | 13018181609 | 003/003 | | |

MODE = MEMORY TRANSMISSION       START=AUG-22 15:34       END=AUG-22 15:38

********** -COMM. JOURNAL- ******************* -*************** DATE AUG-22-2003 ***** TIME 15:38 *** P.01

**E**

**X**

**H**

**I**

**B**

**I**

**T**

**5**

Suite 300
11921 Rockville Pike
Rockville, Maryland 20852-2743

Telephone
(202) 637-1223
(301) 816-1006

Fax
(202) 637-0598

E-Mail: LSklute@AOL.COM

Ninth Floor                                              Practice Limited To
1150 Connecticut Avenue, N.W.                            Federal Government
Washington, D.C. 20036                                   Contracts
(correspondence to MD office)

Lawrence J. Sklute, Esq.

Major General Nolan Sklute
USAF Retired

## Telecopier Coversheet

TO:                      Mrs. Judy R. Tucker

Company/Agency:          Army

Telecopier:              (256) 876-2057

From:                    Larry Sklute

Date:                    September 4, 2003

Total of 0 page(s) plus coversheet.
Comments:
**Ref: FOIA Request No. 03-0443**

On 22 August 2003 I left a voicemail message requesting that you provide a date certain for
supplying the material requested in the referenced FOIA request and followed up with a facsimile
memorandum to you that same date. I have not received a response from your office. I left you
another voicemail today requesting that you provide a status update.

Please provide the documents requested under the referenced FOIA request.

Kindest Regards.

Confidentiality Notice:

The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is
intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the
person actually receiving this facsimile or any other reader of the referenced FOIA request is not the name recipient or the employee or agent responsible to
deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have
received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via
U.S. Postal Service.

* IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (202) 637-1223